Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
   paul@markmerin.com

Robert L. Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT L. CHALFANT
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone:  (916) 647-7728
E-Mail:  robert@rchalfant.com

Attorneys for Plaintiffs
ESTATE OF DAVID BAREFIELD SR.,
DAVID BAREFIELD II, AARON BAREFIELD,
FINAS BAREFIELD, and LOIS BAREFIELD

Susana Alcala Wood (SBN 156366)
Sean D. Richmond (SBN 210138)
srichmond@cityofsacramento.org
Scott P. Thorne (SBN 326917)
sthorne@cityofsacramento.org
Kate D.L. Brosseau (SBN 345596)
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, KATHERINE
LESTER, and SEADMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTATE OF DAVID BAREFIELD SR., et al., | Case No. 2:24-cv-03427-TLN-JDP |
|---|---|
| Plaintiffs, | **STIPULATION FOR FILING SECOND AMENDED COMPLAINT & ANSWER; ORDER** |
| vs. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

The Estate of David Barefield Sr., David Barefield II, Aaron Barefield, Finas Barefield, and Lois Barefield (collectively, "Plaintiffs") and the City of Sacramento, Sacramento Police Department, Katherine Lester, and Seadman (collectively, "Defendants") provide as follows:

WHEREAS, on February 19, 2024, Plaintiffs filed the currently-operative First Amended Complaint, ECF No. 9, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B);

WHEREAS, Defendants response to First Amended Complaint is due to be filed by March 5, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(3);

1

**STIPULATION FOR FILING SECOND AMENDED COMPLAINT & ANSWER**
*Estate of Barefield v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-03427-TLN-JDP

WHEREFORE, the parties have met-and-conferred and determined that Plaintiffs wish to file a Second Amended Complaint based on newly-obtained information, and that the parties are interested in early settlement discussions which, if successful, would obviate the need to file further pleadings; and

Now, THEREFORE, the parties agree that:

1. Defendants shall be relieved of the obligation to file a response to Plaintiffs' First Amended Complaint, ECF No. 9;

2. If the parties' early settlement discussions are unsuccessful, Plaintiffs shall file a Second Amended Complaint by April 18, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(2); and

3. Defendants shall file a response to Plaintiffs' Second Amended Complaint within fourteenth (14) days, pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO STIPULATED.

Dated: February 27, 2025

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF DAVID BAREFIELD SR.,
DAVID BAREFIELD II, AARON BAREFIELD,
FINAS BAREFIELD, and LOIS BAREFIELD

Dated: February 27, 2025

Respectfully Submitted,
CITY OF SACRAMENTO

/s/ Scott P. Thorne
(as authorized on February 27, 2025)

By: _____
Sean D. Richmond
Scott P. Thorne
Kate D.L. Brosseau

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, KATHERINE
LESTER, and SEADMAN

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

1. Defendants are relieved of the obligation to file a response to Plaintiffs' First Amended Complaint, ECF No. 9;

2. If the parties' early settlement discussions are unsuccessful, Plaintiffs shall file a Second Amended Complaint by April 18, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(2); and

3. Defendants shall file a response to Plaintiffs' Second Amended Complaint within fourteenth (14) days, pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

DATED: February 27, 2025

_____
Troy L. Nunley
Chief United States District Judge

3

**STIPULATION FOR FILING SECOND AMENDED COMPLAINT & ANSWER**
*Estate of Barefield v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-03427-TLN-JDP