Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Robert L. Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT L. CHALFANT
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone:   (916) 647-7728
E-Mail:      robert@rchalfant.com

Attorneys for Plaintiffs
ESTATE OF DAVID BAREFIELD SR.,
DAVID BAREFIELD II, AARON BAREFIELD,
FINAS BAREFIELD, and LOIS BAREFIELD

P O R T E R | S C O T T
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY DEPARTMENT
OF HEALTH SERVICES, ERIC SERGIENKO,
JAMES EDDINS, MICHAEL LOLLING,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, JIM COOPER, DAVID
GODWIN, MATTHEW BLANCO, and LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DAVID BAREFIELD SR., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-03427-TLN-JDP<br><br>**NOTICE OF PARTIAL SETTLEMENT** |

Pursuant to Local Rule 160(a), the Estate of David Barefield Sr., David Barefield II, Aaron Barefield, Finas Barefield, and Lois Barefield (collectively, "Plaintiffs") and the County of Sacramento, County of Sacramento, Sacramento County Department of Health Services, Eric Sergienko, James Eddins, Michael Lolling, Sacramento County Sheriff's Department, Jim Cooper, David Godwin, Matthew Blanco, and Lewis (collectively, "County Defendants") provide notice of a settlement which resolves all claims and defenses alleged by Plaintiffs and County Defendants to this action.

1

**NOTICE OF PARTIAL SETTLEMENT**
*Estate of Barefield v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-03427-TLN-JDP

Pursuant to Local Rule 160(b), Plaintiffs and County Defendants intend to file dispositional documents within twenty-one (21) days from the date of this notice.

Plaintiffs and County Defendants settlement does not resolve or dispose of any claims involving other, non-County parties, including the City of Sacramento, Sacramento Police Department, Katherine Lester, Kyle Stedman, Jared Kiser, Joshua Gardner, Dillon Bortmas, Ryan Hancock, Latauruss Harris, Casey Dionne, Armando Sandoval, Heriberto Basulto, and Martin Telleria (collectively, "City Defendants").

Dated: February 27, 2025

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF DAVID BAREFIELD SR.,
DAVID BAREFIELD II, AARON BAREFIELD,
FINAS BAREFIELD, and LOIS BAREFIELD

Dated: March 11, 2025

Respectfully Submitted,
PORTER SCOTT

*/s/ Carl L. Fessenden*
(as authorized on March 11, 2025)
By: _____
Carl L. Fessenden
Cruz Rocha

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY DEPARTMENT
OF HEALTH SERVICES, ERIC SERGIENKO,
JAMES EDDINS, MICHAEL LOLLING,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, JIM COOPER, DAVID
GODWIN, MATTHEW BLANCO, and LEWIS

2

**NOTICE OF PARTIAL SETTLEMENT**
*Estate of Barefield v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-03427-TLN-JDP